# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Thomas W. Curtis, | Case No. 2:20-cv-02252-RFB-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| State of Washington Inc., et al., | |
| Defendants. | |

On January 20, 2021, the Court screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if he so chose). (Order (ECF No. 4).) Plaintiff's deadline to file an amended complaint, if he so chose, was February 26, 2021. (*Id.*) Plaintiff did not file an amended complaint or otherwise respond to this Court's order. Accordingly, it appears Plaintiff abandoned his case.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

1  served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

2  objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153,

3  1157 (9th Cir. 1991).

4        DATED: March 15, 2021

                                                                              BRENDA WEKSLER
                                                                              UNITED STATES MAGISTRATE JUDGE